[Nos. 36814-5-II; 36820-0-II. Division Two. November 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. REBECCA JANE ANDERSON, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 06-1-02300-9, Gary R. Tabor, J., entered August 28, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 36833-1-II. Division Two. November 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS A. OWEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00215-7, David E. Foscue, J., entered September 4, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[No. 36895-1-II. Division Two. November 4, 2008.]

ROBERT BONNEVILLE, *Appellant*, v. PIERCE COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-14268-9, Lisa R. Worswick, J., entered September 21, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ. Now published at 148 Wn. App. 500.

[No. 36915-0-II. Division Two. November 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J. KEARNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01343-5, Richard A. Strophy, J., entered October 31, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Quinn-Brintnall, JJ.